IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------x
: 
In re                         : Chapter 7
:
PIXELOPTICS, INC.,            : Case No. 13-12875 (KJC)
:
       Debtor.              : Re Docket No. 37, 38
:
------------------------------x

## ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER SHORTENING NOTICE PERIOD AND SCHEDULING EXPEDITED HEARING

Upon consideration of the Trustee's Motion for Entry of Order Shortening Notice Period and Scheduling Expedited Hearing (the "Motion to Shorten") regarding consideration of the *Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With Sale of Substantially all of the Estate's Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Approving the Sale, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* (the "Motion");[1] and after due deliberation; it is hereby

ORDERED that the Motion to Shorten is GRANTED, and it is further

ORDERED that the Court shall consider the relief set out in the Trustee's proposed Bid Procedures Order at a hearing on _Dec. 19_, 2013 at _11:30 a_.m. (ET), and it is further

ORDERED that all objections or responses in opposition to the relief set out in the Trustee's proposed Bid Procedures Order will be heard at the hearing; and it is further

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

17813086\2

ORDERED that the Trustee shall serve a copy of this Order as well as a copy of the Motion upon the Notice Parties immediately upon the entry of this Order, and that such service shall constitute adequate notice of the date and time for the hearing on the relief requested in the Bid Procedures Order.

Dated: Dec. 16, 2013

_____
The Honorable Kevin J. Carey,
United States Bankruptcy Judge

17813086\2