IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------x
In re                         :    Chapter 7
PIXELOPTICS, INC.,            :    Case No. 13-12875 (KJC)
           Debtor.            :
------------------------------x    Related Docket No. 67

# ORDER ON MOTION OF HORIZON TECHNOLOGY FINANCE CORPORATION FOR LEAVE TO CONDUCT DISCOVERY OF E-VISION, LLC AND E-VISION SMART OPTICS, INC.

Upon the motion (the "Motion") of Horizon Technology Finance Corporation (the "Movant"), for the entry of an order (i) directing the examination of e-Vision, LLC and e-Vision Smart Optics, Inc. (collectively "e-Vision"), and Joel Zychick pursuant to Rule 2004 and directing the production of documents in connection with the Rule 2004 examination; or (ii) to the extent such discovery relates to an objection of e-Vision to assumption and assignment of certain license agreements, shortening time to submit to a deposition and respond to discovery requests; and (iii) granting related relief, and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and upon consideration of the Motion; and due and appropriate notice of the Motion having been given, and the Court having determined that the relief requested in the Motion is appropriate; and upon the record herein; and after due deliberations thereon; and good and sufficient cause appearing therefore it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Movant is authorized to serve upon e-Vision document requests substantially in the form of Schedule 2 to the Motion and interrogatories substantially in the form of Schedule 3 to the Motion. E-Vision shall produce such requested documents and respond to such interrogatories so that such documents and responses are received at the offices of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts, 02199, Attention: James M.

23233347.1
40165590_2

Wilton, on or before January 17, 2014 at 5:00 p.m. (prevailing eastern time), or at such other date, time, or place as the Movant may agree.

3. E-Vision shall make its representative, or representatives, most knowledgeable with regard to the subject matters set forth in the Notice of Deposition of e-Vision, LLC and the Notice of Deposition of e-Vision Smart Optics, Inc., attached as Schedule 1 to the Motion, available for a deposition by the Movant on January 20, 2014, commencing at 2:00 p.m. (prevailing Eastern Time), at the offices of Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, Wilmington, DE 19899, or at such other date, time, or place as the Movant may agree.

4. Joel Zychick shall appear for a deposition by the Movant on January 20, 2014, commencing at 10:00 a.m. (prevailing Eastern Time), at the offices of Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, Wilmington, DE 19899, or at such other date, time, or place as the Movant may agree.

5. The Movant is authorized to issue subpoenas, pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, as necessary for the above-ordered document production and deposition.

6. This Court shall retain jurisdiction to resolve any issues with respect to this Order, the requested examinations, and production of documents.

Dated: Jan 13 2014
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE