UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**PIXELOPTICS, INC.**<br><br>Debtor. | Chapter 11<br><br>Case No. 13-12875 (KJC) |

NOTICE OF DEPOSITION UPON ORAL EXAMINATION
OF AMANDA PAGANS

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, which are made applicable to this proceeding by Rules 7026, 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, e-Vision, LLC and e-Vision Smart Optics, Inc. (collectively, "e-Vision"), will take the deposition of Amanda Pagans, an employee of Horizon Technology Finance Corporation, a party to this proceeding, and former employee of the Debtor, on **January 21, 2014, at 11:00 a.m. (prevailing Eastern Time)**, and continuing from day to day thereafter until completed, at the offices of its counsel, Robert W. Mallard, Dorsey & Whitney (Delaware) LLP, 300 Delaware Avenue, Suite 1010, Wilmington, Delaware 1980, before an officer authorized to administer oaths.

The deposition will cover the following areas of examination:

1. All information related to the patents owned by e-Vision that were licensed to Pixeloptics, Inc. ("Pixel" or the "Debtor").

2. All information related to the e-Vision owned patent applications and patents, and all information related to the e-Vision owned patents that were abandoned by the Debtor and/or which the Debtor permitted to expire.

3. All information related to the Debtor owned patent applications and patents, and all information related to the Debtor owned patents that were abandoned by the Debtor and/or which the Debtor permitted to expire.

1

4. All information related to Deponent's role as IP administrator for the Debtor.

5. All information related to the patent applications listed on the attached Schedule 1.

Dated:  January 15, 2014            **DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Robert W. Mallard*
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
         mallard.robert@dosey.com
         glorioso.alessandra@dorsey.com

**DORSEY & WHITNEY LLP**
Stephen O'Neill (CA Bar No. 115132)
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Emails:  oneill.stephen@dorsey.com

*Attorneys for e-Vision, LLC and e-Vision Smart Optics, Inc.*