IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PIXELOPTICS, INC., | : | Case No. 13-12875 (KJC) |
| | : | |
| Debtor. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 22, 2014 AT 11:00 A.M.[1]

**CONTESTED MATTERS GOING FORWARD**

1. Trustee's Motion For Entry of (i) an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially all of the Estate's Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; and (ii) an Order (A) Approving the Sale, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 37; Filed 12/13/13].

    Objection Deadline: January 17, 2014 at 4:00 p.m. (extended to 6:00 p.m. for e-Vision, LLC).

    Responses Received:

    a. Limited Objection and Reservation of Rights of Helbling Technik Bern AG to Trustee's Notice of Assignment and Cure [Docket No. 99; Filed 1/16/14].

    Related Pleadings:

    b. Trustee's Motion For Entry of Order Shortening Notice Period and Scheduling Expedited Hearing [Docket No. 38; Filed 12/13/13].

    c. Order Granting Trustee's Motion for Entry of Order Shortening Notice Period and Scheduling Expedited Hearing [Docket No. 45; Filed 12/16/13].

    d. Order Granting Trustee's Motion for Entry of (1) an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially all of the Estate's Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof [Docket No. 57; Filed 12/19/13].

    e. Notice of Assignment and Cure [Docket No. 74; Filed 12/26/13].

    f. Trustee's Notice of Filing of Executed Asset Purchase Agreement [Docket No. 79; Filed 12/31/13].

---

[1] The time of the hearing has changed from 11:30 a.m. to 11:00 a.m.

<u>Status:</u> The hearing on this matter is going forward.

Dated: January 17, 2014

COZEN O'CONNOR

*/s/ [signature]*
_____
Mark E. Felger (No. 3919)
Simon E. Fraser, Esq. (No. 5335)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Proposed Special Counsel to
Jeoffrey L. Burtch, Chapter 7 Trustee*

2