# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: PIXELOPTICS, INC. § Case No. 13-12875-KJC
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JEOFFREY L. BURTCH, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,659,049.64    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
                  Without Payment: N/A

Total Expenses of Administration: $582,490.85

---

   3) Total gross receipts of $ 582,490.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $582,490.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $31,107,294.03 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 586,242.50 | 586,242.50 | 582,490.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,572,434.76 | 406,215.43 | 188,729.88 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,209,786.18 | 76,406,895.40 | 72,946,399.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $56,889,514.97 | $77,399,353.33 | $73,721,371.81 | $582,490.85 |

4) This case was originally filed under Chapter 7 on November 04, 2013. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2018    By: /s/JEOFFREY L. BURTCH, TRUSTEE
             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| POST PETITION FINANCING | 1290-000 | 575,000.00 |
| UNSCHEDULED MISCELLANEOUS RECEIPTS | 1290-000 | 3,490.85 |
| PREFERENCES | 1241-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$582,490.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BULK SECURED CLAIM | 4210-000 | 18,058,538.06 | N/A | N/A | 0.00 |
| NOTFILED | SAFEGUARD | 4220-000 | 13,048,755.97 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$31,107,294.03** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 371.04 | 371.04 | 371.04 |
| Other - BRANCH MANAGEMENT CORPORATION | 2410-000 | N/A | 79,683.82 | 79,683.82 | 79,683.82 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---:|---:|---:|
| Other - INTRALINKS, INC. | 2420-000 | N/A | 2,950.90 | 2,950.90 | 2,950.90 |
| Other - CBIZ PAYROLL | 2990-000 | N/A | 544.00 | 544.00 | 544.00 |
| Other - SHERWOOD PARTNERS, LLC | 2990-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Other - WELLS FARGO BANK, N.A. | 2990-000 | N/A | 63.00 | 63.00 | 63.00 |
| Other - UNITED STATES TREASURY | 2990-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - COOCH AND TAYLOR, P.A. | 2410-000 | N/A | 240.00 | 240.00 | 240.00 |
| Other - BLUE MARBLE LOGISTICS, LLC | 2420-000 | N/A | 360.00 | 360.00 | 360.00 |
| Other - COZEN O' CONNOR | 3220-000 | N/A | 18,456.63 | 18,456.63 | 18,856.00 |
| Other - COZEN O' CONNOR | 3210-000 | N/A | 305,903.00 | 305,903.00 | 302,517.67 |
| Other - COVER & ROSSITER, P.A. | 3410-000 | N/A | 36,201.50 | 36,201.50 | 35,796.26 |
| Other - COOCH AND TAYLOR, P.A. | 3220-000 | N/A | 2,435.83 | 2,435.83 | 2,435.83 |
| Other - COOCH AND TAYLOR, P.A. | 3210-000 | N/A | 73,617.00 | 73,617.00 | 73,617.00 |
| Trustee Expenses - JEOFFREY L. BURTCH, TRUSTEE | 2200-000 | N/A | 552.50 | 552.50 | 552.50 |
| Trustee Compensation - JEOFFREY L. BURTCH, TRUSTEE | 2100-000 | N/A | 32,200.59 | 32,200.59 | 31,840.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.11 | 222.11 | 222.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 647.16 | 647.16 | 647.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 586.16 | 586.16 | 586.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 421.57 | 421.57 | 421.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 393.46 | 393.46 | 393.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 379.48 | 379.48 | 379.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 431.27 | 431.27 | 431.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 378.36 | 378.36 | 378.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 416.92 | 416.92 | 416.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 403.27 | 403.27 | 403.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 322.98 | 322.98 | 322.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 368.60 | 368.60 | 368.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 324.48 | 324.48 | 324.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 310.55 | 310.55 | 310.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 356.60 | 356.60 | 356.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 333.75 | 333.75 | 333.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 322.16 | 322.16 | 322.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 355.00 | 355.00 | 355.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 343.38 | 343.38 | 343.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 320.75 | 320.75 | 320.75 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 353.47 | 353.47 | 353.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 330.84 | 330.84 | 330.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 319.35 | 319.35 | 319.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 266.28 | 266.28 | 266.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.51 | 179.51 | 179.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.19 | 179.19 | 179.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 203.65 | 203.65 | 203.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 178.66 | 178.66 | 178.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 178.41 | 178.41 | 178.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.76 | 202.76 | 202.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.88 | 177.88 | 177.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.14 | 202.14 | 202.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 183.47 | 183.47 | 183.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.41 | 176.41 | 176.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.41 | 194.41 | 194.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.12 | 157.12 | 157.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 137.40 | 137.40 | 137.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.03 | 120.03 | 120.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 132.71 | 132.71 | 132.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.69 | 119.69 | 119.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.81 | 140.81 | 140.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 127.52 | 127.52 | 127.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.09 | 123.09 | 123.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 139.88 | 139.88 | 139.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $586,242.50 | $586,242.50 | $582,490.85 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Michael Jon Noel | 5300-000 | N/A | 82,992.00 | 4,902.00 | 0.00 |
| 5P | William D. Spies | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 12P | HALL ROBERT | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 13P | Buptronics, LLC | 5200-000 | N/A | 22,500.00 | 0.00 | 0.00 |
| 16P | Robert K. Grace | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 17P | Ronald D. Blum | 5300-000 | N/A | 6,871.17 | 6,871.17 | 0.00 |
| 20 | PAGANS AMANDA | 5200-000 | N/A | 30,692.00 | 0.00 | 0.00 |
| 20 -2 | PAGANS AMANDA | 5300-000 | N/A | 30,692.00 | 4,686.87 | 0.00 |
| 21P | Gary Davis | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 22P | Steven Anderson | 5200-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| 22P-2 | Steven Anderson | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 23P | Uyen Nguyen | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 25 | Christopher Creasy | 5300-000 | N/A | 2,680.00 | 2,680.00 | 0.00 |
| 26 | Jonathan Bayne | 5300-000 | N/A | 12,475.00 | 6,962.80 | 0.00 |
| 27 | GRAHAM VICKIE | 5300-000 | N/A | 9,000.00 | 1,763.78 | 0.00 |
| 30 | TRAJKOVSKA ANITA | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 31 | TRAJKOVSKA ANITA | 5200-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| 33 | STANLEY ZAHORCHAK SUSAN | 5300-000 | N/A | 3,017.70 | 3,017.70 | 0.00 |
| 35 | Jeff Morris | 5300-000 | N/A | 1,806.29 | 1,806.29 | 0.00 |
| 36P | Richard Clompus | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 37P | PHOENIX REBECCA | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 39P | David Boyd | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 40 | Cynthia Bratcher | 5300-000 | N/A | 6,656.00 | 6,656.00 | 0.00 |
| 43 | Joshua Haddock | 5300-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 53P | Joe Quinn | 5300-000 | N/A | 12,158.27 | 12,158.27 | 0.00 |
| 13-2P | Buptronics, LLC | 5200-000 | N/A | 22,500.00 | 0.00 | 0.00 |
| NOTFILED | BULK PRIORITY CLAIMS | 5200-000 | 1,572,434.76 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$1,572,434.76** | **$406,215.43** | **$188,729.88** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Branch Management Corp. | 7100-000 | N/A | 167,577.94 | 0.00 | 0.00 |
| 1 -2 | Branch Management Corp. | 7100-000 | N/A | 167,577.94 | 167,577.94 | 0.00 |
| 2 | Creative Materials, Inc. | 7100-000 | N/A | 1,117.50 | 1,117.50 | 0.00 |
| 3 | Electronic Design and Manufacturing Company | 7100-000 | N/A | 5,600.00 | 5,600.00 | 0.00 |
| 5U | William D. Spies | 7100-000 | N/A | 88,310.62 | 88,310.62 | 0.00 |
| 6 | Helbling Technik Bern AG | 7100-000 | N/A | 270,029.00 | 270,029.00 | 0.00 |
| 7 | Michelle Jackson | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | NETCLAZ | 7100-000 | N/A | 16,404.70 | 16,404.70 | 0.00 |
| 9 | Optivision, Inc. | 7100-000 | N/A | 3,463.40 | 3,463.40 | 0.00 |
| 10 | ROTLEX LTD | 7100-000 | N/A | 1,958.00 | 1,958.00 | 0.00 |
| 11 | Varta Microbattery, Inc. | 7100-000 | N/A | 407.33 | 407.33 | 0.00 |
| 12U | HALL ROBERT | 7100-000 | N/A | 87,848.49 | 87,848.49 | 0.00 |
| 13 -3 | Buptronics, LLC | 7100-000 | N/A | 92,040.66 | 92,040.66 | 0.00 |
| 13U | Buptronics, LLC | 7100-000 | N/A | 69,540.66 | 0.00 | 0.00 |
| 14 | William Kokonaski | 7100-000 | N/A | 116,500.00 | 116,500.00 | 0.00 |
| 15 | William Kokonaski | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16U | Robert K. Grace | 7100-000 | N/A | 40,205.00 | 40,205.00 | 0.00 |
| 17U | Ronald D. Blum | 7100-000 | N/A | 180,250.07 | 180,250.07 | 0.00 |
| 18 | Landon IP, Inc. | 7100-000 | N/A | 595.00 | 595.00 | 0.00 |
| 19 | ELENZA, Inc. | 7100-000 | N/A | 250,000.00 | 250,000.00 | 0.00 |
| 21U | Gary Davis | 7100-000 | N/A | 42,431.92 | 42,431.92 | 0.00 |
| 22U | Steven Anderson | 7100-000 | N/A | 2,123.61 | 0.00 | 0.00 |
| 22U-2 | Steven Anderson | 7100-000 | N/A | 2,123.61 | 2,123.61 | 0.00 |
| 23U | Uyen Nguyen | 7100-000 | N/A | 14,448.00 | 14,448.00 | 0.00 |
| 24 | Leonard Meissner, Jr. | 7100-000 | N/A | 6,600.00 | 6,600.00 | 0.00 |
| 28 | Sophie Adams | 7100-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 29 | ANDREW SCIOCCHETTI | 7100-000 | N/A | 1,350.00 | 1,350.00 | 0.00 |
| 32 | PERKINSON JR GEORGE | 7100-000 | N/A | 12,475.00 | 12,475.00 | 0.00 |
| 34 | SVOLTA SNC | 7100-000 | N/A | 11,002.50 | 11,002.50 | 0.00 |
| 36U | Richard Clompus | 7100-000 | N/A | 125,451.25 | 125,451.25 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37U | PHOENIX REBECCA | 7100-000 | N/A | 18,216.92 | 18,216.92 | 0.00 |
| 38 | IYER VENKATRAMANI | 7100-000 | N/A | 72,339.74 | 0.00 | 0.00 |
| 38 -2 | IYER VENKATRAMANI | 7100-000 | N/A | 72,339.74 | 72,339.74 | 0.00 |
| 39U | David Boyd | 7100-000 | N/A | 28,858.68 | 28,858.68 | 0.00 |
| 41 | OPTIMAL BRANDS LLC | 7100-000 | N/A | 36,104.30 | 36,104.30 | 0.00 |
| 42 | Joshua Haddock | 7100-000 | N/A | 9,400.40 | 9,400.40 | 0.00 |
| 44 | United Parcel Service | 7100-000 | N/A | 4,707.28 | 4,707.28 | 0.00 |
| 45 | GS SWISS PCB AG | 7100-000 | N/A | 9,922.00 | 9,922.00 | 0.00 |
| 47 | Aspex Eyewear, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 49 | US Bank NA dba | 7100-000 | N/A | 15,134.27 | 0.00 | 0.00 |
| 49 -2 | US Bank NA dba | 7100-000 | N/A | 15,134.27 | 15,134.27 | 0.00 |
| 51 | Ann-Kelley Winn | 7100-000 | N/A | 106,348.63 | 106,348.63 | 0.00 |
| 52 | Sterne, Kessler Goldstein & Fox P.L.L.C. | 7100-000 | N/A | 645,401.23 | 645,401.23 | 0.00 |
| 53U | Joe Quinn | 7100-000 | N/A | 85,000.00 | 85,000.00 | 0.00 |
| 54 | Stark Partners/Stark Investments | 7100-000 | N/A | 20,832,784.04 | 20,832,784.04 | 0.00 |
| 55 | Horizon Technology Finance Corporation | 7100-000 | N/A | 3,064,239.09 | 0.00 | 0.00 |
| 55 -2 | Horizon Technology Finance Corporation | 7100-000 | N/A | 3,064,239.09 | 3,064,239.09 | 0.00 |
| 56 | Stark Opportunity Fund and affiliated entites | 7100-000 | 20,810,107.40 | 20,810,107.40 | 20,810,107.40 | 0.00 |
| 57 | Safeguard Delaware, Inc. | 7100-000 | N/A | 13,048,755.97 | 13,048,755.97 | 0.00 |
| 58 | Longitude Capital Associates, L.P., et al. | 7100-000 | N/A | 7,001,088.84 | 7,001,088.84 | 0.00 |
| 59 | Delphi BioInvestments VII, et al. | 7100-000 | N/A | 5,415,891.44 | 5,415,891.44 | 0.00 |
| 60 | BMT PROPERTIES LLC | 7100-000 | N/A | 67,997.79 | 67,997.79 | 0.00 |
| 61 | CPA GLOBAL | 7100-000 | N/A | 16,372.75 | 16,372.75 | 0.00 |
| 62 | REALFICTION APS | 7200-000 | N/A | 27,079.89 | 27,079.89 | 0.00 |
| 63 | Olsten Staffing Services Corp | 7200-000 | N/A | 4,291.82 | 4,291.82 | 0.00 |
| 64 | Morrison & Foerster LLP | 7200-000 | N/A | 71,046.47 | 71,046.47 | 0.00 |
| 65 | Toyota Motor Credit Corporation | 7200-000 | N/A | 595.01 | 595.01 | 0.00 |
| 66 | Pitney Bowes Global Financial Services, LLC | 7200-000 | N/A | 2,602.64 | 2,602.64 | 0.00 |
| 67 | Citrix Online | 7200-000 | N/A | 1,447.84 | 1,447.84 | 0.00 |
| 13-2U | Buptronics, LLC | 7200-000 | N/A | 69,540.66 | 0.00 | 0.00 |
| NOTFILED | BULK UNSECURED CLAIMS | 7100-000 | 3,399,678.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,209,786.18 | $76,406,895.40 | $72,946,399.43 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12875-KJC  **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE
**Case Name:** PIXELOPTICS, INC.  **Filed (f) or Converted (c):** 11/04/13 (f)
  **§341(a) Meeting Date:** 12/05/13
**Period Ending:** 03/06/18  **Claims Bar Date:** 03/10/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 BANK ACCOUNTS<br>  Wells Fargo Operating Account<br>Account No. xxxxxx-0287<br>P. O. Box 63020<br>San Francisco, CA 94163<br><br>Wells Fargo Mney Market Account<br>Account No. xxxx-7314<br>Wells Fargo Securities, LLC<br>608 S. Second Avenue S.<br>Minneapolis, MN 55479<br><br>Wells Fargo Investment Account<br>Horizon Technology Finance-Corp. Collateral<br>Account, FBO Pixel Optics Inc.<br>Account No. xxxx-5523<br>Wells Fargo Advisors<br>10 S. Jefferson St.<br>Roanoke, VA 24011 | 2,694.84 | Unknown | | 0.00 | FA |
| 2 SECURITY DEPOSITS<br>  Rent Deposit Held by Landlord<br>Branch Management<br>c/o Branch Management Corp.<br>4552 Franklin Road SW<br>Roanoke, VA 24014 | 19,341.00 | 0.00 | | 0.00 | FA |
| 3 ACCOUNTS RECEIVABLE<br>  See Rider Schedule B.16<br><br>Sold as part of sale listed at asset no. 8 PER ORDER ENTERED 12/19/2013 @ D.I. 58 | 1,574,678.87 | 0.00 | | 0.00 | FA |
| 4 PATENTS, COPYRIGHTS, OTHER INTELLECTUAL PROPERTY<br>  See rider Schedule B.22/B.23<br><br>Sold as part of sale listed at asset no. 8 PER ORDER ENTERED 12/19/2013 @ D.I. 58 | Unknown | 0.00 | | 0.00 | FA |
| 5 LICENSES, FRANCHISES & OTHER INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12875-KJC  **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE
**Case Name:** PIXELOPTICS, INC.  **Filed (f) or Converted (c):** 11/04/13 (f)
  **§341(a) Meeting Date:** 12/05/13
**Period Ending:** 03/06/18  **Claims Bar Date:** 03/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| See Rider Schedule B.22/B.23 Sold as part of sale listed at asset no. 8 PER ORDER ENTERED 12/19/2013 @ D.I. 58 | | | | | |
| 6  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES See Rider Schedule B.28/B.29 Sold as part of sale listed at asset no. 8 PER ORDER ENTERED 12/19/2013 @ D.I. 58 | 2,062,334.93 | Unknown | | 0.00 | FA |
| 7  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT See Rider Schedule B.28/B.29 Sold as part of sale listed at asset no. 8 PER ORDER ENTERED 12/19/2013 @ D.I. 58 | 0.00 | 0.00 | | 0.00 | FA |
| 8  POST PETITION FINANCING (u) | 200,000.00 | 200,000.00 | | 575,000.00 | FA |
| 9  UNSCHEDULED MISCELLANEOUS RECEIPTS (u) | 11.85 | 11.85 | | 3,490.85 | FA |
| 10  PREFERENCES (u) | 103,000.00 | 103,000.00 | | 4,000.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$3,962,061.49** | **$303,011.85** | | **$582,490.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 30, 2018  **Current Projected Date Of Final Report (TFR):** September 25, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.  

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18  

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/02/14 | {8} | HORIZON TECHNOLOGY FINANCE CORP/BK AMER NYC | POST PETITION LOAN PER ORDER ENTERED 12/19/2013 @ D.I. 58 | | 1290-000 | 200,000.00 | | 200,000.00 |
| 01/13/14 | 101 | BRANCH MANAGEMENT CORPORATION | RENTAL CHARGES; 11/13 THROUGH 01/14 | | | | 72,086.00 | 127,914.00 |
| | | | JANUARY 2014 RENT | 24,670.00 | 2410-000 | | | 127,914.00 |
| | | | DECEMBER 2013 RENT | 24,670.00 | 2410-000 | | | 127,914.00 |
| | | | NOVEMBER 2013 RENT | 22,746.00 | 2410-000 | | | 127,914.00 |
| 01/13/14 | 102 | INTRALINKS, INC. | INVOICE NO. J10282783; CONTRACT PERIOD 12/20/2013 THROUGH 02/19/2014 | | 2420-000 | | 2,800.00 | 125,114.00 |
| 01/16/14 | 103 | CBIZ PAYROLL | INVOICE NO. 1678895; PROCESSING OF W2S | | 2990-000 | | 544.00 | 124,570.00 |
| 01/22/14 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2014 FOR CASE #13-12875-KJC, BLANKET BOND NO. 016026389; PERIOD 01/01/2014 THROUGH 01/01/2015 | | 2300-000 | | 135.14 | 124,434.86 |
| 01/29/14 | 105 | SHERWOOD PARTNERS, LLC | INVOICE NO. 2037668; PER ORDER ENTERED 12/27/2013 @ D.I. 78 | | 2990-000 | | 20,000.00 | 104,434.86 |
| 01/31/14 | {8} | HORIZON TECHNOLOGY FINANCE CORP | POST-PETITION LOAN | | 1290-000 | 375,000.00 | | 479,434.86 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 222.11 | 479,212.75 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 647.16 | 478,565.59 |
| 03/11/14 | 106 | BRANCH MANAGEMENT CORPORATION | UTILITIES; PERIOD 1/6/2014 TO 2/5/2014; ROANOKE GAS COMPANY | | 2410-000 | | 1,314.57 | 477,251.02 |
| 03/11/14 | 107 | BRANCH MANAGEMENT CORPORATION | UTILITIES | | | | 5,258.77 | 471,992.25 |
| | | | ROANOKE GAS COMPANY; SERVICE PERIOD 11/27/2013 TO 01/06/2014 | 1,237.50 | 2410-000 | | | 471,992.25 |
| | | | WESTERN VA WATER AUTHORITY; SERVICE PERIOD 12/30/2013 TO 01/21/2014 | 135.68 | 2410-000 | | | 471,992.25 |
| | | | AMERICAN ELECTRIC POWER; SERVICE PERIOD 12/17/2013 TO 01/20/2014 | 2,381.52 | 2410-000 | | | 471,992.25 |

Subtotals : $575,000.00 $103,007.75

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.  

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18  

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | ANNUAL REAL ESTATE TAXES | 1,402.74 | 2410-000 | | | 471,992.25 |
| | | | PROPERTY OWNER ASSOCIATION DUES | 101.33 | 2410-000 | | | 471,992.25 |
| 03/11/14 | 108 | INTRALINKS, INC. | INVOICE NO. J10285797 | | 2420-000 | | 150.90 | 471,841.35 |
| 03/13/14 | 109 | BRANCH MANAGEMENT CORPORATION | UTILITIES; SERVICE PERIOD 1/21/2014 TO 1/31/2014; WESTERN VA WATER AUTHORITY | | 2410-000 | | 24.48 | 471,816.87 |
| 03/18/14 | 110 | COZEN O' CONNOR | PER ORDER ENTERED 03/17/2014 @ D.I. 142 | | | | 196,488.87 | 275,328.00 |
| | | | FEES; PER ORDER ENTERED 03/17/2014 @ D.I. 142 | 186,953.50 | 3210-000 | | | 275,328.00 |
| | | | EXPENSES; PER ORDER ENTERED 03/17/2014 @ D.I. 142 | 9,535.37 | 3220-000 | | | 275,328.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 586.16 | 274,741.84 |
| 04/29/14 | 111 | BRANCH MANAGEMENT CORPORATION | RENTAL CHARGES, OFFSITE FILE STORAGE - MAY 2014 | | 2410-000 | | 1,000.00 | 273,741.84 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 421.57 | 273,320.27 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 393.46 | 272,926.81 |
| 06/23/14 | {9} | PREMIUM ASSIGNMENT CORPORATION | UNSCHEDULED MISCELLANEOUS RECEIPT | | 1290-000 | 11.85 | | 272,938.66 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 379.48 | 272,559.18 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 431.27 | 272,127.91 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 378.36 | 271,749.55 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 416.92 | 271,332.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 403.27 | 270,929.36 |
| 11/10/14 | 112 | COZEN O' CONNOR | PER ORDER ENTERED 11/07/2014 @ D.I. 166 | | | | 44,497.87 | 226,431.49 |
| | | | FEES; PER ORDER ENTERED 11/07/2014 @ D.I. 166 | 37,729.00 | 3210-000 | | | 226,431.49 |
| | | | EXPENSES; PER ORDER ENTERED 11/07/2014 @ D.I. 166 | 6,768.87 | 3220-000 | | | 226,431.49 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 322.98 | 226,108.51 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 368.60 | 225,739.91 |

Subtotals: $11.85     $246,264.19

{} Asset reference(s)      Printed: 03/06/2018 11:00 AM   V.13.32

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/15 | 113 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #13-12875-KJC, BLANKET BOND NO. 016026389; PERIOD 01/01/2015 THROUGH 01/01/2016 | 2300-000 | | 194.66 | 225,545.25 |
| 01/29/15 | {10} | MICHAEL A. BALK AND DEBORAH W. BALD | NO ADV. PRO. NO.; DEMAND LETTER SETTLEMENT; OPTIMAL BRANDS LLC | 1241-000 | 4,000.00 | | 229,545.25 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.48 | 229,220.77 |
| 02/09/15 | {9} | HORIZON TECHNOLOGY FINANCE CORPORATION | PER ORDER ENTERED 12/16/203 @ D.I. 45 | 1290-000 | 3,479.00 | | 232,699.77 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 310.55 | 232,389.22 |
| 03/13/15 | | INTERNATIONAL SURETIES LTD. | BLANKET BOND PREMIUM REFUND | 2300-000 | | -73.37 | 232,462.59 |
| 03/23/15 | 114 | WELLS FARGO BANK, N.A. | BANK REFERENCE NO. 11484598; INVOICE NO. 175901 | 2990-000 | | 63.00 | 232,399.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 356.60 | 232,042.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.75 | 231,709.24 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.16 | 231,387.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.00 | 231,032.08 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 343.38 | 230,688.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.75 | 230,367.95 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.47 | 230,014.48 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.84 | 229,683.64 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.35 | 229,364.29 |
| 12/08/15 | 115 | COZEN O' CONNOR | PER ORDER ENTERED 12/08/2015 @ D.I. 186 | | | 23,553.04 | 205,811.25 |
| | | | FEES; PER ORDER ENTERED 12/08/2015 @ D.I. 186    23,209.00 | 3210-000 | | | 205,811.25 |
| | | | EXPENSES; PER ORDER ENTERED 12/08/2015 @ D.I. 186    344.04 | 3220-000 | | | 205,811.25 |
| 12/10/15 | 116 | COOCH AND TAYLOR, P.A. | PER ORDER ENTERED 12/10/2015 @ D.I. 189 | | | 76,052.83 | 129,758.42 |
| | | | FEES; PER ORDER ENTERED 12/10/2015 @ D.I. 189    73,617.00 | 3210-000 | | | 129,758.42 |
| | | | EXPENSES; PER ORDER ENTERED    2,435.83 | 3220-000 | | | 129,758.42 |

Subtotals :    $7,479.00    $103,460.49

{} Asset reference(s)

Printed: 03/06/2018 11:00 AM    V.13.32

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.  

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18  

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 12/10/2015 @ D.I. 189 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.28 | 129,492.14 |
| 01/07/16 | 117 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2016 FOR CASE #13-12875, BLANKET BOND NO. 016026389; PERIOD 01/01/2016 THROUGH 01/01/2017 | 2300-000 | | 79.58 | 129,412.56 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.51 | 129,233.05 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.19 | 129,053.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.65 | 128,850.21 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.66 | 128,671.55 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.41 | 128,493.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.76 | 128,290.38 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.88 | 128,112.50 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.14 | 127,910.36 |
| 09/22/16 | 118 | UNITED STATES TREASURY | EIN 20-3516086; STREAMLINED PROCEDURE FEE; PPA ADOPTION AGREEMENT; IRS FORM 8950 AND 2848 | 2990-000 | | 500.00 | 127,410.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.47 | 127,226.89 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.41 | 127,050.48 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.41 | 126,856.07 |
| 12/12/16 | 119 | COZEN O' CONNOR | PER ORDER ENTERED 12/09/2016 @ D.I. 208 | | | 37,114.20 | 89,741.87 |
| | | | FEES; PER ORDER ENTERED 12/09/2016 @ D.I. 208         35,557.00 | 3210-000 | | | 89,741.87 |
| | | | EXPENSES; PER ORDER ENTERED 12/09/2016 @ D.I. 208         1,557.20 | 3220-000 | | | 89,741.87 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.12 | 89,584.75 |
| 01/17/17 | 120 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2017 FOR CASE #13-12875, BLANKET BOND NO. 016026389; TERM 01/01/2017 THROUGH 01/01/2018 | 2300-000 | | 35.03 | 89,549.72 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.40 | 89,412.32 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.03 | 89,292.29 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.71 | 89,159.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.69 | 89,039.89 |
| 05/22/17 | 121 | COOCH AND TAYLOR, P.A. | NEMOURS STORAGE; PERIOD 1/01/2016 | 2410-000 | | 240.00 | 88,799.89 |

Subtotals : $0.00    $40,958.53

{} Asset reference(s)

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.  

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18  

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | THROUGH 12/31/2016 | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.81 | 88,659.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.52 | 88,531.56 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.09 | 88,408.47 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.88 | 88,268.59 |
| 09/18/17 | 122 | BLUE MARBLE LOGISTICS, LLC | INVOICE NO. 30682; DESTRUCTION OF DEBTOR BOOKS AND RECORDS PER ORDER ENTERED 8/18/2017 @ D.I. 216 | 2420-000 | | 360.00 | 87,908.59 |
| 02/01/18 | 123 | COZEN O' CONNOR | Dividend paid 100.00% on $18,456.63, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 650.52 | 87,258.07 |
| 02/01/18 | 124 | COZEN O' CONNOR | Dividend paid 98.88% on $305,903.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 19,069.17 | 68,188.90 |
| 02/01/18 | 125 | COVER & ROSSITER, P.A. | Dividend paid 98.88% on $36,201.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 35,796.26 | 32,392.64 |
| 02/01/18 | 126 | JEOFFREY L. BURTCH, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 32,392.64 | 0.00 |
| | | | Dividend paid 98.88%    31,840.14 on $32,200.59;  Claim# TRSTFEE; Filed: $32,200.59 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    552.50 on $552.50;  Claim# TRSTEXP; Filed: $552.50 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 582,490.85 | 582,490.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 582,490.85 | 582,490.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$582,490.85** | **$582,490.85** | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-12875-KJC  
**Case Name:** PIXELOPTICS, INC.

**Taxpayer ID #:** **-***6086  
**Period Ending:** 03/06/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   582,490.85  
Net Estate :   $582,490.85

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4766 | 582,490.85 | 582,490.85 | 0.00 |
| | $582,490.85 | $582,490.85 | $0.00 |

{} Asset reference(s)